AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District Of Texas
FILED

APR 9 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Rodriguez, Jose Adonis<br>(YOB:1995)<br><br>*Defendant(s)* | )<br>)<br>) Case No. M-19-0800-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 27, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C Title 751 (a) | Knowingly ESCAPE from federal custody, that is GEO Mid-Valley Halfway House Edinburg, Texas, in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of Texas for the conviction of Smuggling aliens into or out of the United States under original case number 7:16-cr-017667-02 |

This criminal complaint is based on these facts:

See attachment "A"

☑ Continued on the attached sheet.

Approved by Amy L. Greenbaum

*Complainant's signature*

Sergio Sepulveda Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/9/19

*Judge's signature*

*Printed name and title*

City and state: __McAllen TX.__

Attachment A

On November 14, 2016, RODRIGUEZ Jose Adonis (hereinafter "RODRIGUEZ") was arrested by Custom and Border Protection for Smuggling Aliens into United States, in violation of Title 8 U.S.C 1324(a)(1)(A)(ii). Rodriguez subsequently pled guilty in United States District Court of Texas, in cause number 7:16-cr-01767-02, and sentenced to 27 months custody of Bureau of Prison (BOP) and 3 years of Supervised Release. RODRIGUEZ was allowed to serve the last 3 months of his sentence at the Mid Valley Halfway House in Edinburg TX. RODRIGUEZ arrived at the Mid Valley Halfway House on March 19, 2019, and was scheduled to be released on June 21, 2019.

On March 27, 2019 at approximately 9:37 pm, Mid Valley Halfway House staff members heard the emergency door alarm in dorm #3. Upon entering the dorm, staff members witnessed the emergency door closing and someone running out. Staff proceeded to follow the individual and radioed in to all staff members of a possible escape. Staff members exited the facility through the main entrance and witnessed resident RODRIGUEZ running towards the Murphy's gas Station.

At approximately 11:00pm, Deputy U.S. Marshal Sergio Sepulveda received notice e of Rodriguez leaving Mid Valley Halfway House. BOP officially placed RODRIGUEZ on escape status on March 27, 2019. On April 5, 2019, RODRIGUEZ was apprehended by U.S. Marshal's in Weslaco TX.